UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-24083-UU

JOSEPH FLORES,

    Plaintiff,

v.

2K CLEVELANDER, LLC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Plaintiff filed this action on September 23, 2016. D.E. 1. As of October 10, 2016, Plaintiff has not provided an update to the Court regarding its efforts to serve Defendant. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff SHALL show cause in writing, not to exceed three pages, on or before **Monday, October 17, 2016**, as to its efforts in effecting service on Defendant. Alternatively, Plaintiff may file proof of service on Defendant by such date. **Failure to respond to this Order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of October, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record